# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:18-CR-00112-1FL

**MAX ROBERT GODFREY, JR.**

On November 17, 2017, the above named was released from custody and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Van R. Freeman  
Van R. Freeman  
Deputy Chief U.S. Probation Officer

/s/ Taylor R. O'Neil  
Taylor R. O'Neil  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8698  
Executed On: August 8, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __9th__ day of __August__, 2019.

Louise W. Flanagan  
U.S. District Judge